

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jeremy Case Rodriguez, Appellant

No. 06-15-00128-CR     v.

The State of Texas, Appellee

Appeal from the 12th District Court of Walker County, Texas (Tr. Ct. No. 26,838). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Jeremy Case Rodriguez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 5, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk